UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



FILED
AUG 16 2001

J_____ WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SILVER FIDDLE, HAMSTEIN MUSIC COMPANY AND ALMO MUSIC CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> LISA STEELE AND RONALD SHAW, <br><br> Defendants. | Civil Action No. 98-1233 <br><br> Hon. Joe B. McDade |

## SATISFACTION OF JUDGMENT

1. On October 29, 1998, this Court entered a Default Judgment against Defendants Lisa Steele and Ronald Shaw ("Defendants") in the amount of $11,361.50.

2. On July 19, 1999, an Amended Judgment was entered by this Court, awarding Plaintiffs $11,361.50 plus additional costs in the amount of $944.14.

3. Prior to June 21, 2000, a total of $3,398.94 was applied toward the Amended Judgment, leaving a balance of $8,906.70 due on the Amended Judgment.

4. On June 22, 2000, Plaintiffs entered into a Letter Agreement with Defendants whereby Plaintiffs would accept $4,000.00 in satisfaction of the balance due on the Amended Judgment.

5. Defendants have paid in full all sums due under the Letter Agreement.

6. Wherefore, Plaintiffs acknowledge the satisfaction of the Amended Judgment and direct and authorize the clerk of the Court to cancel and discharge the same.

*filed as Document # 99-35679*

SILVER FIDDLE, et al.

By: _____
One of Plaintiffs' Attorneys

Mail to:
Antonio DeBlasio, Esq.
Jared D. Solovay, Esq.
Gardner, Carton & Douglas
321 North Clark Street, Suite 3000
Chicago, Illinois 60610-4795
(312) 644-3000

CH01/12016479.1

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| SILVER FIDDLE, HAMSTEIN MUSIC COMPANY AND ALMO MUSIC CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>LISA STEELE AND RONALD SHAW,<br><br>    Defendants. | Civil Action No. 98-1233<br><br>Hon. Joe B. McDade |

Lisa Steele
465 N. Wood Dale Road
Wood Dale, Illinois 60191

Ronald Shaw
d/b/a The Great Barrier Reef
4714 W. Plank Road
Bellevue, Illinois 61064

### CERTIFICATE OF SERVICE

I, Terri F. Krivis, a non-attorney hereby certify that I caused a copy of the foregoing Satisfaction of Judgment, to be served upon the above-named persons by depositing the same in the U.S. Mail chute at 321 N. Clark Street on or before 4:00 p.m. on April 13, 2001.

                                            Terri F. Krivis

Subscribed and Sworn to Before Me
this 13th day of April, 2001.

_Kathleen A. Chyna_
Notary Public

My commission expires: _____

OFFICIAL SEAL
KATHLEEN A. CHYNA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-1-2003

CH02/22121795.1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



| | | |
|---|---|---|
| SILVER FIDDLE, HAMSTEIN MUSIC COMPANY AND ALMO MUSIC CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 98-1233 |
| vs. | ) ) | Hon. Joe B. McDade |
| LISA STEELE AND RONALD SHAW, | ) ) | |
| Defendants. | ) | |

### SATISFACTION OF JUDGMENT

1. On October 29, 1998, this Court entered a Default Judgment against Defendants Lisa Steele and Ronald Shaw ("Defendants") in the amount of $11,361.50.

2. On July 19, 1999, an Amended Judgment was entered by this Court, awarding Plaintiffs $11,361.50 plus additional costs in the amount of $944.14.

3. Prior to June 21, 2000, a total of $3,398.94 was applied toward the Amended Judgment, leaving a balance of $8,906.70 due on the Amended Judgment.

4. On June 22, 2000, Plaintiffs entered into a Letter Agreement with Defendants whereby Plaintiffs would accept $4,000.00 in satisfaction of the balance due on the Amended Judgment.

5. Defendants have paid in full all sums due under the Letter Agreement.

6. Wherefore, Plaintiffs acknowledge the satisfaction of the Amended Judgment and direct and authorize the clerk of the Court to cancel and discharge the same.

SILVER FIDDLE, et al.

By: _____
One of Plaintiffs' Attorneys

Antonio DeBlasio, Esq.
Jared D. Solovay, Esq.
Gardner, Carton & Douglas
321 North Clark Street, Suite 3000
Chicago, Illinois 60610-4795
(312) 644-3000

CH01/12016479.1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SILVER FIDDLE, HAMSTEIN MUSIC COMPANY AND ALMO MUSIC CORPORATION, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>LISA STEELE AND RONALD SHAW, )<br><br>Defendants. ) | Civil Action No. 98-1233<br><br>Hon. Joe B. McDade |

Lisa Steele
465 N. Wood Dale Road
Wood Dale, Illinois 60191

Ronald Shaw
d/b/a The Great Barrier Reef
4714 W. Plank Road
Bellevue, Illinois 61064

### CERTIFICATE OF SERVICE

I, Terri F. Krivis, a non-attorney hereby certify that I caused a copy of the foregoing Satisfaction of Judgment, to be served upon the above-named persons by depositing the same in the U.S. Mail chute at 321 N. Clark Street on or before 4:00 p.m. on April 16, 2001.

_____
Terri F. Krivis

Subscribed and Sworn to Before Me
this 13th day of April, 2001.

_____
Notary Public

My commission expires: _____

CH02/22121795.1

OFFICIAL SEAL
KATHLEEN A. CHYNA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-1-2003

## GARDNER CARTON & DOUGLAS LLP

191 N. Wacker Drive
Suite 3700
Chicago, Illinois 60606-1698
Voice: 312-569-1696
Fax: 312-569-3000

| | | | |
|---|---|---|---|
| **DATE:** | Wednesday, December 15, 2004 | **RECIPIENT FAX:** | 309/671-7120 |
| **TO:** | Rhonda | **RECIPIENT PHONE:** | |
| **COMPANY:** | U.S. District Court | | |
| **FROM:** | Guzak, Donna | **SENDER PHONE:** | 312-569-1696 |

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET    05**

**MESSAGE:** Rhonda,

Per your request, please find a copy of the Satisfaction of Judgment in 98-1233. Thank you.

Donna Guzak
Assistant to Antonio DeBlasio
312/569-1696

---

If there is any problem with this transmission, please call the sender at the number indicated above as soon as possible.

---

••• CONFIDENTIALITY NOTE •••

The pages accompanying this facsimile transmission contain information from the law firm of Gardner, Carton & Douglas which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us